Daniel RONDBERG, Plaintiff-Appellant,

v.

Earl L. MORRISON, and Margaret M. Morrison, Defendants-Respondents,

and

Mark Adolphus, Defendant-Appellant.

No. 45920.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 29, 1984.

M. Harvey Pines, Clayton, Gerald Julian Bamberger, St. Charles, for appellant.

Julius H. Berg, St. Louis, for respondents.

ORDER

PER CURIAM.

The judgment is affirmed in accordance with Rule 84.16(b).